ADOLPH RAY, PETITIONER. v. PUBLIC SERVICE PRODUC-
TION COMPANY, IMPLEADED AS PUBLIC SERVICE
CORPORATION, RESPONDENT.

**Temporary Disability Admitted—Permanent Disability Claimed
—Doctors Testified Both Ways—Burden of Proof Against
Permanent Disability.**

On determination and order for dismissal.

For the petitioner, *Feit & Feit.*

For the respondent, *James O. Boyd.*

\* \* \* \* \* \* \*

It would appear from the evidence in this case that Adolph
Ray, the petitioner, met with an accident arising out of and
in the course of his employment with the respondent on
November 24th, 1925, at the Kearny bus station, in Kearny,
New Jersey, when a trench in which he was digging caved
in. He was incapacitated for some time and was paid
$257.43 as temporary compensation at the rate of $17 per
week. The whole contention in this case on the part of the
petitioner is that he is suffering from a permanent disability.
Two doctors, Tommasi and Devlin, testified for the petitioner,
stating that he had a permanent disability. Dr. Tommasi
said that he based his entire diagnosis of the condition of the
petitioner on an X-ray made by Dr. Devlin, which Dr. Devlin
testified showed a slipping of the sacrum. Drs. Lowrey,
Pascal and Washington, testifying for the respondent, said
that after a thorough examination of the petitioner they
could find no permanent disability, and that in all their
experience they had never heard tell of the term "slipping
of the sacrum." Two expert roentgenologists testifying for

the respondent stated that their findings were negative. It is entirely a question of fact, and the preponderance of the evidence is in favor of the respondent.

My opinion, based on the evidence, is that the petitioner is not suffering from any disability as the result of his accident and the petition should therefore be dismissed.

\*　　　\*　　　\*　　　\*　　　\*　　　\*　　　\*

HARRY J. GOAS,
*Deputy Commissioner.*